IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY MAZAK,

    Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES, L.L.C., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-3628-TWT

## ORDER

This is an action under the Fair Debt Collections Act. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 10 &11]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 10 &11] is GRANTED.

SO ORDERED, this 16 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Mazak\r&r.wpd